THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WALTER BILES, Defendant-Appellant.

(No. 58304;

First District (1st Division)—November 5, 1973.

PER CURIAM.
GOLDBERG, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (Robert E. Davison, Assistant Appellate Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Michael J. Polelle, Assistant State's Attorneys, of counsel,) for the People.